UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. ROWELL,<br><br>          Plaintiff,<br><br>   v.<br><br>L.D. ZAMORA, et al.,<br><br>          Defendants. | No. 2:14-cv-1888-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel and in forma paupers in an action brought under 42 U.S.C. § 1983. After initial screening pursuant to 28 U.S.C. § 1915A, plaintiff has filed an amended complaint which is now before the court for screening.

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court cannot conduct the required screening of plaintiff's amended complaint because plaintiff has not signed it. *See* ECF No. 11. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one

1

attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because plaintiff did not sign the amended complaint (ECF No. 11), it must be disregarded. Within thirty days, plaintiff may file an amended complaint that is signed. Failure to comply with this order may result in a recommendation of dismissal.

So ordered.

Dated: April 26, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE