UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. ROWELL, | No. 2:14-cv-1888-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| L.D. ZAMORA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint pursuant to the court's June 27, 2016 order.

Plaintiff's request (ECF No. 17) is granted and plaintiff has 30 days from the date this order is served to file his amended complaint.

So ordered.

Dated: July 18, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE