IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN L. ROWELL,** | Case No. 2:14-cv-1888-KJM-EFB-P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **L.D. ZAMORA, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant Rahman's request for an extension of time to respond to Plaintiff's second amended complaint (ECF No. 20) is granted. Defendant shall respond to the second amended complaint on or before March 1, 2017.

IT IS SO ORDERED.

Dated: January 30, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:14-cv-1888-KJM-EFB-P)