# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. ROWELL,<br><br>    Plaintiff,<br><br>v.<br><br>L.D. ZAMORA, et al.,<br><br>    Defendants. | No. 2:14-cv-1888-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The United States Marshal has returned process directed to defendant "C. Medina," noting that "C. Medina" cannot be located because the individual is not employed by the California Department of Corrections and Rehabilitation. ECF No. 28. Therefore, plaintiff must provide new information about how to locate defendant Medina for service of process. Plaintiff must proceed with haste because Fed. R. Civ. P. 4(m) requires that an action be dismissed as to a defendant not served within 90 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is unreasonably denied or delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff a form USM-285.

/////

1

2. Within 30 days from the date this order is served, plaintiff must submit the attached Notice of Submission of Documents with the completed form USM-285 providing new instructions for service of process upon defendant Medina.

3. Failure to comply with this order or to show good cause for such failure will result a recommendation that defendant Medina be dismissed from this action.

Dated: February 13, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. ROWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>L.D. ZAMORA, et al.,<br><br>        Defendants. | No. 2:14-cv-1888-KJM-EFB P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     \_\_1\_\_          completed USM-285 form

DATED:

_____
Plaintiff