UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| SEAN L. ROWELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>L.D. ZAMORA, et al.,<br><br>　　　　Defendants. | CASE NO. 2:14-cv-01888-KJM-EFB<br><br>*[PROPOSED]* **ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Good cause having been shown, this Court hereby approves the substitution of attorney filed by A. Pomazal substituting Janine K. Jeffery of Reily & Jeffery, Inc., in place and instead of Joanna Breiden Hood.

IT IS SO ORDERED.

Dated: May 15, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE