UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LOUIS ROWELL, | No. 2:14-cv-1888-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| L.D. ZAMORA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2018, the magistrate judge filed amended findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 16, 2018, are adopted in full; and

2. Defendants' motion to dismiss (ECF No. 36) is granted in part as follows:

    a. The official capacity claims against defendants Abdur Rahman, Dorothy Swingle, and David Medina are dismissed for failure to state a claim;

    b. The medical deliberate indifference claims based on the prescription of NSAIDs against Rahman, Swingle, and Medina are also dismissed for failure to state a claim; and

    c. The motion is denied in all other respects.

DATED: April 23, 2018.

_____
UNITED STATES DISTRICT JUDGE