IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN L. ROWELL,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**L.D. ZAMORA, et al.,**<br><br>　　　　　　　Defendants. | Case No. 2:14-cv-1888-KJM-EFB-P<br><br>[~~PROPOSED~~] ORDER |

　　Good cause appearing, Defendants' motion to modify the discovery and scheduling order is granted. Defendants shall file a dispositive motion on or before January 14, 2019.

　　IT IS SO ORDERED.

Dated: December 4, 2018.　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE