IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN L. ROWELL,** | Case No. 2:14-cv-1888-KJM-EFB-P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **L.D. ZAMORA, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion to modify the discovery and scheduling order, as joined by defendant Pomazal, is granted. Defendants shall file a dispositive motion on or before February 13, 2019. And, Defendant Abdur-Rahman shall respond to Plaintiff's first set of interrogatories on or before February 7, 2019.

IT IS SO ORDERED.

Dated: January 9, 2019.

The Honorable Edmund F. Brennan
United States Magistrate Judge