UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LOUIS ROWELL,<br><br>Plaintiff,<br><br>v.<br><br>L.D. ZAMORA, et al.,<br><br>Defendants. | No. 2:14-cv-1888-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 25, 2019, the postal service returned documents directed to plaintiff as "undeliverable." Then, on February 6, 2019, defendants notified the court that plaintiff had been paroled, but had not updated his address. ECF No. 102. Defendants request that the court stay the deadlines in this case and order plaintiff to file a notice of change of address. ECF Nos. 102, 103. Indeed, a party appearing without counsel must keep the court and all parties apprised of his current address. L.R. 183(b). If mail directed to a plaintiff is returned by the postal service and plaintiff fails to notify the court and opposing parties within 63 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute. *Id.*

/////

/////

1

Good cause appearing, it is ORDERED that defendants' request (ECF Nos. 102, 103) is granted to the extent that all deadlines in this case are vacated. It is further ORDERED that plaintiff shall file a notice of change of address no later than March 29, 2019. Failure to comply with this order will result in a recommendation of dismissal.

Dated: February 13, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE